IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| J. CANUTE BARNES, derivatively on behalf of all similarly situated shareholders of BARNES BANCORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>CURTIS H. HARRIS, NED H. GILES, DAVID N. BARNES, ROBERT L. THURGOOD, JERRY W. STEVENSON, MICHAEL D. PAVICH, GARY M. WRIGHT, DOUGLAS STANGER, and BARNES BANCORPORATION, a nominal defendant,<br><br>    Defendants. | MEMORANDUM DECISION AND ORDER GRANTING PLAINTIFF'S MOTION TO AMEND<br><br><br><br>Case No. 2:12-CV-1010 TS |

This matter is before the Court on Plaintiff's Motion to Amend his Complaint, which seeks to add two additional shareholders as named Plaintiffs and to clarify the claims made in the

1

original Complaint. Having received no response from Defendants[1] and good cause appearing, it is hereby

ORDERED that Plaintiff's Motion to Amend his Complaint (Docket No. 9) is GRANTED. Plaintiff shall file his amended Complaint within fourteen (14) days of this Order.

DATED   December 12, 2012.

BY THE COURT:

_____
TED STEWART
United States District Judge

---

[1] DUCivR 7-1(d) ("Failure to respond timely to a motion may result in the court's granting the motion without further notice.").