AO 450 (Rev.5/85) Judgment in a Civil Case

**FILED**
CLERK, U.S. DISTRICT COURT
December 19, 2013 (3:17pm)
DISTRICT OF UTAH

# United States District Court

Central Division for the District of Utah

| | |
|---|---|
| J. Canute Barnes, et al. | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| Curtis H. Harris, et al | |
| | Case Number: 2:12cv01010 TS |

This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Plaintiffs' complaint is dismissed with prejudice.

December 19, 2013
*Date*

D. Mark Jones
*Clerk of Court*

[signature]

*(By) Deputy Clerk*